SCWC-12-0000446

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC.,
CHL MORTGAGE PASS-THROUGH TRUST 2006-12, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-12, Respondent/Plaintiff-Appellee,

vs.

ARNA LAHELA JOHNSON, JOHN DOES 1-50, AND JANE DOES 1-50,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000446; CIV. NO. 1RC10-1-10634)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack JJ., and
Circuit Judge Perkins, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant Arna Lahela Johnson's

application for writ of certiorari, filed July 29, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, August 27, 2013.

R. Steven Geshell
for petitioner

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Richard K. Perkins

